152

## NATIONAL LABOR RELATIONS BOARD v. GRIFFIN–GOODNER GROCERY CO., Incorporated.

No. 3752.

United States Court of Appeals
Tenth Circuit.

Sept. 18, 1948.

David P. Findling, Associate Gen. Counsel, and Ruth Weyand, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

No one for respondent.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Decree enforcing order of Board entered.

## NATIONAL LABOR RELATIONS BOARD v. REPUBLIC STEEL CORPORATION (98" Strip Mill) (FOREMAN'S ASSOCIATION OF AMERICA, Intervener).

No. 10688.

United States Court of Appeals
Sixth Circuit.

Oct. 15, 1948.

Robert N. Denham, of Washington, D. C., for Petitioner.

Walter M. Nelson, of Detroit, Mich., for intervener.

Thomas F. Patton and George Rauschenberg, both of Cleveland, Ohio, for respondent.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

It is ordered that the motion of petitioner for leave to withdraw without prejudice the petition for enforcement and the certified typewritten record in this cause be and the same is granted.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. TERRACE MINING COMPANY.

No. 13816.

United States Court of Appeals
Eighth Circuit.

Sept. 16, 1948.

Ruth Weyand, Acting Asst. Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Robert Evans, of Tacoma, Wash., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.